UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| EVAN PETROS, Individually,<br><br>Plaintiff,<br><br>v.<br><br>ROSAN MOTEL, INC.<br>A Domestic Corporation<br><br>Defendant.<br>_____ | :<br>:<br>:<br>:<br>:<br>: Case No. 2:17-cv-13648<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

/s/ Pete M. Monismith
PETE M. MONISMITH (P78186)
PETE M. MONISMITH, PC
3945 Forbes Avenue,
Suite #175
Pittsburgh, Pennsylvania  15213
Telephone:  (724) 610-1881
Facsimile (412) 258-1309
Pete@monismithlaw.com
*Attorneys for Plaintiff*

/s/ James M. Dworman
JAMES M. DWORMAN (P40438)
DEAN & FULKERSON, P.C.
801 W. Big Beaver, Suite 500
Troy, MI 48084
(248) 362-1300
jdworman@dflaw.com

*Attorney for Defendant*

## **STIPULATED ORDER OF DISMISSAL**

The parties having stipulated to the entry of an Order dismissing, with prejudice, this action, and the Court being fully advised in the premises;

1

**IT IS HEREBY ORDERED** that the above-entitled case **BE**, and hereby **IS**, **DISMISSED WITH PREJUDICE**, and without costs or attorney fees to any party.

 S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  January 26, 2018

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, January 26, 2018, by electronic and/or ordinary mail.

 S/Lisa Wagner
Case Manager and Deputy Clerk
(810) 292-6522

The parties, through their counsel, hereby stipulate to the entry of the above Stipulated Order to Dismiss the Complaint.

| | |
|---|---|
| /s/ Pete M. Monismith | /s/ James M. Dworman |
| PETE M. MONISMITH (P78186) | JAMES M. DWORMAN (P40438) |
| PETE M. MONISMITH, PC | DEAN & FULKERSON, P.C. |
| 3945 Forbes Avenue, | 801 W. Big Beaver, Suite 500 |
| Suite #175 | Troy, MI 48084 |
| Pittsburgh, Pennsylvania  15213 | (248) 362-1300 |
| Telephone:  (724) 610-1881 | jdworman@dflaw.com |
| Facsimile (412) 258-1309 | |
| Pete@monismithlaw.com | |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| Dated: January 25, 2018 | Dated: January 25, 2018 |